

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00178-CR

## IN RE BILLY BOOKER

### Original Proceeding

**From the 413th District Court
Johnson County, Texas
Trial Court No. F48257**

## MEMORANDUM OPINION

Relator's "Plaintiff's Original Application for Writ of Mandamus" was filed on July 27, 2021. Relator's request for mandamus relief against the Honorable William Bosworth, judge of the 414th District Court, is denied.

Further, we do not have mandamus jurisdiction to compel the district clerk or the district attorney to take any action except in rare circumstances which are not present here. *See* TEXAS GOV'T CODE § 22.221(a), (b); *see also In re Simmonds*, 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding). Accordingly, relator's request for mandamus relief against the Johnson County District Clerk and District Attorney is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Rose[1]
Petition denied in part and dismissed in part
Opinion delivered and filed August 4, 2021
Do not publish
[OT06]



---